# UNITED STATES DISTRICT COURT
## for the
### MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:25CR287-1 |
|  | ) | |
| FELIX WEI-LIAN SUNG | ) | |
| *Defendant* | ) | |

**FILED AUG 2 8 2025** — IN THIS OFFICE, Clerk U.S. District Court, Greensboro, N.C. By _____

## ORDER SCHEDULING AN ARRAIGNMENT AND DETENTION HEARING

An arraignment and detention hearing in this case is scheduled before Magistrate Judge L. Patrick Auld as follows:

| Place: | U.S. District Court<br>324 W. Market Street<br>Greensboro, NC | Courtroom No.: | G-1A |
|---|---|---|---|
|  |  | Date and Time: | Thursday, September 4, 2025, at 3:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Aug 28, 2025

_____
*Judge's signature*

Joe L. Webster, United States Magistrate Judge
*Printed name and title*