AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

**FILED** AUG 28 2025 Clerk U.S. District Court Greensboro, NC

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| FELIX WEI-LIAN SUNG | ) Case No. 1:25CR287-1 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* FELIX WEI-LIAN SUNG,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possess child pornography that involved a prepubescent minor and a minor who had not attained 12 years of age in violation of 18:2252A(a)(5)(B) and (b)(2).

The Unites States Attorney requests a detention hearing.

Date: 08/26/2025

Lawrence H. Cunningham, Clerk of Court
*Issuing officer's signature*

City and state: Greensboro, NC

/s/ Abby Taylor, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/26/25, and the person was arrested on *(date)* 8/28/25
at *(city and state)* Durham, NC.

RECEIVED AUG 26 2025 US Marshals Service

Date: _____

Arresting officer's signature

L. Darden FBI
*Printed name and title*

Case 1:25-cr-00287-WO  Document 5  Filed 08/28/25  Page 1 of 1