IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25-cr-287-1 |
| | : | |
| FELIX WEI-LIAN SUNG | : | |

**ORDER**

For the reasons set forth in the attached waiver, this court intends to schedule this case for a supplemental Rule 11 hearing on or after November 24, 2025. In the event counsel and the defendant wish to waive the supplemental Rule 11 hearing, counsel and the defendant may review, sign, and file the attached waiver. If the waiver is not filed on or before November 24, 2025, the matter will be set for a hearing and the court will address these issues with the defendant directly.

This the 18th day of November, 2025.

_____
United States District Judge