IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 1:25CR287-1 |
| v. | : | |
| | : | |
| FELIX WEI-LIAN SUNG | : | |

MOTION FOR FINAL ORDER OF FORFEITURE

NOW COMES Dan Bishop, United States Attorney for the Middle District of North Carolina, and respectfully files this Motion for Final Order of Forfeiture in the above-styled case. In support thereof, the United States presents the following:

1. In an Indictment, the United States sought forfeiture of all right, title, and interest in and to any visual depictions described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, and any book, magazine, periodical, film, videotape, or matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of the United States Code; any property, real, or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense. A Bill of Particulars identifying specific property subject to forfeiture was filed October 15, 2025. The property to be forfeited included, but was not limited to, the following:

1. Apple iPad 4, serial number DMPJKVYWF18;

2. Power Mac G5 A1047, serial number RM431ZGBQPM;

3. Hitachi HTS Hard Drive, serial number 722020K9SA00;

4. Crucial Hard Drive, serial number 1914E1F7A789;

5. Touro Hard Drive, serial number 6P1G5L8N;

6. Toshiba Hard Drive, serial number 82AHFNKNS;

7. Seagate Hard Drive, serial number NA0L35P9;

8. Western Digital Hard Drive, serial number WCANK9751853;

9. MacBook Pro Model A1398, serial number C02JQJEWDKQ1;

10. MacBook Air, serial number FVFYF7M6J1WK;

11. Crucial Hard Drive, serial number 2238E49918AF;

12. Samsung Portable SSD T7, serial number S6XKNS0T701044R;

13. Sandisk Micro SD Card, model 2019-12-19;

14. Toshiba Hard Drive, serial number 93UHS163SSX3;

15. Black Magic SD Card, serial number TCHN008802882;

16. Sandisk SD Card, serial number BR18298111880;

17. Samsung Micro SD Card, model E20210810;

18. Sandisk Hard Drive SSD, model SDSSDE60-1T00;

19. MacBook Pro Laptop, serial number C1MLJLADDTY3;

20. Dell Laptop, serial number HLCXW52;

21. Samsung Portable SSD T5, serial number S49WNV0M522190P;

22. Sandisk Hard Drive, model SDSSDE60-500G;

23. Apple iPhone 5s Model A1533-IMEI: 013991003779605;

24. Samsung Hard Drive serial number S4CMNG0M202658J;

25. Apple iPad serial number DMPJKVYWF183;

26. Touro Hard Drive serial number 6P1G5L8N;

27. Sandisk Hard Drive 500 GB model SDSSDE60-500G;

28. Seagate 3TB serial number NA0L35P9;

29. Western Digital serial number WCANK9751853;

30. MacBook Pro Model: A1398 serial number C02JQJEWDKQ1; and

31. Power Mac G5 Model: A1047 serial number RM431ZGBQPM.

2. On November 3, 2025, the defendant, FELIX WEI-LIAN SUNG, entered a plea of guilty to the Indictment, and the Court accepted the plea.

3. The defendant, FELIX WEI-LIAN SUNG, in a Consent to Forfeiture, knowingly and voluntarily consented and agreed to forfeit to the United States all right, title, and interest in and to the property described in paragraph 1 above. The defendant consented to the entry of an order of forfeiture for such property and waived the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instruments, announcement of the forfeiture at sentencing, and

incorporation of the forfeiture in the judgment. The defendant acknowledged that the forfeiture of assets is part of the sentence that may be imposed in this case and waived any failure by the court to advise him of this, pursuant to Rule 11(b)(1)(J), at the time the guilty plea was accepted.

4. By virtue of the Consent to Forfeiture and other matters of record in this case, the United States has established that the defendant, FELIX WEI-LIAN SUNG, has an interest in the property subject to forfeiture.

5. By virtue of the guilty plea, Consent to Forfeiture, and other matters of record in this case, this Court entered a Preliminary Order of Forfeiture on November 12, 2025.

6. Accordingly, and in accordance with 21 U.S.C. § 853(n)(1), the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property on an official internet government forfeiture site from November 14, 2025, to December 13, 2025. A Declaration of Publication was filed herein on December 19, 2025, specifying the details of this publication. Pursuant to 21 U.S.C. § 853(n), any person asserting a legal interest in the properties subject to forfeiture had thirty (30) days from the final publication of notice, or of receipt of actual notice, whichever was earlier, to petition the Court for a hearing to adjudicate the validity of the defendant's alleged interest in the properties.

7. No claims were filed within the thirty-day period, therefore, any third-party interests in the above-referenced property are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a final order of forfeiture as proposed in the attached Order.

This the 23rd day of January 2026.

Respectfully submitted,

DAN BISHOP
United States Attorney

/s/ Karla Painter
Karla Painter
Assistant United States Attorney
NCSB #62968; MTSB #11938
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401
Phone: 336/333-5351

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | 1:25CR287-1 |
| v. : | |
| : | |
| FELIX WEI-LIAN SUNG : | |

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, this Motion for Final Order of Forfeiture was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Kellie D. Mannette, Esq.

Respectfully submitted,

DAN BISHOP
United States Attorney

/s/ Karla Painter
Karla Painter
Assistant United States Attorney
NCSB #62968; MTSB #11938
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401
Phone: 336/333-5351