IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
UNITED STATES OF AMERICA    :
                            :
     v.                     :         1:25-cr-287-1
                            :
FELIX WEI-LIAN SUNG         :
```

**FINAL ORDER OF FORFEITURE**

WHEREAS, on November 12, 2025, this court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit to the United States all right, title, and interest in and to:

1. Apple iPad 4, serial number DMPJKVYWF18;

2. Power Mac G5 A1047, serial number RM431ZGBQPM;

3. Hitachi HTS Hard Drive, serial number 722020K9SA00;

4. Crucial Hard Drive, serial number 1914E1F7A789;

5. Touro Hard Drive, serial number 6P1G5L8N;

6. Toshiba Hard Drive, serial number 82AHFNKNS;

7. Seagate Hard Drive, serial number NA0L35P9;

8. Western Digital Hard Drive, serial number WCANK9751853;

9. MacBook Pro Model A1398, serial number C02JQJEWDKQ1;

10. MacBook Air, serial number FVFYF7M6J1WK;

11. Crucial Hard Drive, serial number 2238E49918AF;

12. Samsung Portable SSD T7, serial number S6XKNS0T701044R;

13. Sandisk Micro SD Card, model 2019-12-19;

14. Toshiba Hard Drive, serial number 93UHS163SSX3;

15. Black Magic SD Card, serial number TCHN008802882;

16. Sandisk SD Card, serial number BR18298111880;

17. Samsung Micro SD Card, model E20210810;

18. Sandisk Hard Drive SSD, model SDSSDE60-1T00;

19. MacBook Pro Laptop, serial number C1MLJLADDTY3;

20. Dell Laptop, serial number HLCXW52;

21. Samsung Portable SSD T5, serial number S49WNV0M522190P;

22. Sandisk Hard Drive, model SDSSDE60-500G;

23. Apple iPhone 5s Model A1533-IMEI: 013991003779605;

24. Samsung Hard Drive serial number S4CMNG0M202658J;

25. Apple iPad serial number DMPJKVYWF183;

26. Touro Hard Drive serial number 6P1G5L8N;

27. Sandisk Hard Drive 500 GB model SDSSDE60-500G;

28. Seagate 3TB serial number NA0L35P9;

29. Western Digital serial number WCANK9751853;

30. MacBook Pro Model: A1398 serial number C02JQJEWDKQ1; and

31. Power Mac G5 Model: A1047 serial number RM431ZGBQPM.

WHEREAS, the United States caused to be published, on an official government internet forfeiture site, notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the properties; and

WHEREAS, no timely claims have been filed as to the above-referenced property; and

WHEREAS, the court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 2253, and Title 28, United States Code, Section 2461(c).

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to 18 U.S.C. § 2253, and 28 U.S.C. § 2461(c), the following property is hereby forfeited to the United States of America:

1. Apple iPad 4, serial number DMPJKVYWF18;
2. Power Mac G5 A1047, serial number RM431ZGBQPM;
3. Hitachi HTS Hard Drive, serial number 722020K9SA00;
4. Crucial Hard Drive, serial number 1914E1F7A789;
5. Touro Hard Drive, serial number 6P1G5L8N;

6. Toshiba Hard Drive, serial number 82AHFNKNS;

7. Seagate Hard Drive, serial number NA0L35P9;

8. Western Digital Hard Drive, serial number WCANK9751853;

9. MacBook Pro Model A1398, serial number C02JQJEWDKQ1;

10. MacBook Air, serial number FVFYF7M6J1WK;

11. Crucial Hard Drive, serial number 2238E49918AF;

12. Samsung Portable SSD T7, serial number S6XKNS0T701044R;

13. Sandisk Micro SD Card, model 2019-12-19;

14. Toshiba Hard Drive, serial number 93UHS163SSX3;

15. Black Magic SD Card, serial number TCHN008802882;

16. Sandisk SD Card, serial number BR18298111880;

17. Samsung Micro SD Card, model E20210810;

18. Sandisk Hard Drive SSD, model SDSSDE60-1T00;

19. MacBook Pro Laptop, serial number C1MLJLADDTY3;

20. Dell Laptop, serial number HLCXW52;

21. Samsung Portable SSD T5, serial number S49WNV0M522190P;

22. Sandisk Hard Drive, model SDSSDE60-500G;

23. Apple iPhone 5s Model A1533-IMEI: 013991003779605;

24. Samsung Hard Drive serial number S4CMNG0M202658J;

25. Apple iPad serial number DMPJKVYWF183;

26. Touro Hard Drive serial number 6P1G5L8N;

27. Sandisk Hard Drive 500 GB model SDSSDE60-500G;

28. Seagate 3TB serial number NA0L35P9;

29. Western Digital serial number WCANK9751853;

30. MacBook Pro Model: A1398 serial number C02JQJEWDKQ1; and

31. Power Mac G5 Model: A1047 serial number RM431ZGBQPM.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the defendant property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

This the 27th day of January, 2026.

_____
United States District Judge